FILED
NOV 14 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CC: see G-75 attached

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MARCO ANTONIO VILLAGRANA DAVILA,<br><br>A Fugitive from the Government of Mexico. | Case No. CV 12-5123-GW (DTB)<br><br>ORDER CERTIFYING EXTRADITABILITY OF MARCO ANTONIO VILLAGRANA DAVILA |

    Having conducted the extradition hearing in this matter on November 8, 2012, and having reviewed and fully considered all documents and memoranda filed by both the United States and Marco Antonio Villagrana Davila ("Davila"), the Court concludes that all of the requirements for the extradition of Davila to Mexico to face the charge of aggravated homicide in violation of the laws of Mexico at the time of the offense have been met by the United States, acting on behalf of the Government of Mexico.

    The Court therefore finds and certifies to the Secretary of State as follows:

    (1) This Court has jurisdiction to conduct extradition proceedings pursuant to 18 U.S.C. § 3184 and General Order No. 01-13 of the United States District Court for the Central District of California.

(2) This Court has jurisdiction over the fugitive Davila.

(3) A valid extradition treaty exists between the United States and Mexico (hereinafter the "1978 Treaty").

(4) At all relevant times, the 1978 Treaty was and is in full force and effect.

(5) A formal request for the extradition of Davila was properly presented by the Government of Mexico to the Consul General of the United States of America in Mexico.

(6) This request was in the form of a diplomatic note dated May 8, 2012, which was received by the United States Department of State in Washington, D.C.

(7) The documents submitted by the Government of Mexico in support of the extradition request, along with its diplomatic note of May 8, 2012, have all been properly certified by the appropriate authorities and officials, and contain all the required information.

(8) The following criminal charge is now pending against Davila in Mexico: aggravated homicide in violation of the laws of Mexico, the State of Zacatecas.

(9) The offense for which extradition is sought is punishable under the laws of both the United States and Mexico by deprivation of liberty for a period of one year or more or by a more severe penalty, and therefore the offense for which extradition is sought qualifies as an extraditable offense under Article 2 of the 1978 Treaty.

(10) There is outstanding a valid warrant for the arrest and detention of Davila issued by a judicial officer of Mexico.

(11) That Marco Antonio Villagrana Davila, appearing before this Court, is the same Marco Antonio Villagrana Davila sought by the Government of Mexico.

(12) There is probable cause to believe (a) that the offense described above, aggravated homicide, has been committed, and (b) that Davila, the person appearing before the Court, is the person who committed it.

Based upon the foregoing findings, and pursuant to 18 U.S.C. § 3184,

THIS COURT HEREBY CERTIFIES that it has found Marco Antonio Villagrana Davila extraditable to Mexico. A warrant may issue upon the requisition of the proper authorities of the Government of Mexico for the surrender of Davila according to the terms of the 1978 Treaty.

IT IS FURTHER ORDERED that Davila is committed to the custody of the United States Marshal, to be confined without bail until his surrender to the Government of Mexico can be effectuated.

IT IS FURTHER ORDERED that the Clerk of Court forward to the Secretary of State a copy of this Certification and Order, together with a copy of the hearing transcript and copies of the documents received as evidence (including the documentary evidence comprising the Formal Extradition Papers).

Entered this 14th day of November, 2012

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 11/14/12 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1075)

## NOTICE PARTY SERVICE LIST

**Case No.** CV 02-5123-GW (DTB)     **Case Title** In the Matter of the Extradition of Villagrana Davila

**Title of Document** Order Certifying Extraditability

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| ✓ | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| ✓ | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| ✓ | ***ADD NEW NOTICE PARTY*** *(cc: **BOTH E-MAILS LISTED BELOW**)* |

| |
|---|
| 1. Attn: Brittney Galloway, Department of State |
| L/LEI, Room 5419 |
| Washington, DC 20520 |
| 2. Department of Justice |
| 1400 New York Avenue |
| Room 5100 |
| Washington, DC 20530 |

| |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk: dts

G-75 (08/08)                    NOTICE PARTY SERVICE LIST